IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COSTA MANOLOPOULOS,<br><br>　Plaintiff,<br><br>　v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, et al.,<br><br>　Defendants. | CIVIL ACTION<br><br>NO. 21-3962-KSM |

### ORDER

**AND NOW**, this 3rd day of February, 2023, upon consideration of Defendants Louis DeJoy, Postmaster General and the United States Postal Service's Motion for Summary Judgment (Doc. Nos. 22, 23), Plaintiff Costa Manolopoulos's opposition brief (Doc. No. 27, 28), Defendants' reply brief (Doc. No. 29), and Defendants' unopposed Motion for Leave to File Supplemental Memorandum and Statement of Facts in Support of Motion for Summary Judgment (Doc. No. 31), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Leave (Doc. No. 31) is **GRANTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. 27) is **GRANTED**. The Court enters **JUDGMENT** in favor of Defendants on all claims asserted in Plaintiff's Amended Complaint.

3. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.